IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CNH INDUSTRIAL CAPITAL AMERICA, LLC, *f/k/a* CNH CAPITAL AMERICA, LLC,   )<br>)<br>)<br>) | |
| Plaintiff,   )<br>) | |
| vs.   )<br>) | CASE NO. 2:16-CV-724-SMD |
| JOHN D. COLEY   )<br>) | |
| Defendant.   ) | |

**ORDER**

In consideration of the parties' Joint Stipulation of Dismissal (Doc. 75) and for good cause, it is

ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 53) is hereby DENIED as MOOT. Further, it is

ORDERED that the status conference set for September 4, 2019, before the undersigned is CANCELLED.

DONE this 3rd day of September, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE